EMIL J. FRENGER, Respondent, v. HENRY KATZ and ELEANOR V. KATZ, Appellants, and Others, Defendants.— Motion for reargument granted and on reargument order of the County Court of Nassau county denying motion to vacate deficiency judgment affirmed, with ten dollars costs and disbursements, on the authority of *Feiber Realty Corp.* v. *Abel* (265 N. Y. 94). Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur. [See 241 App. Div. 766.]

HENRY HOLUB, Respondent, Appellant, v. ANNA SVOBODA, Appellant, Respondent, and Others, Defendants.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of THE BOARD OF SUPERVISORS OF THE COUNTY OF DUTCHESS, STATE OF NEW YORK, Respondent, to Acquire Title to Lands of DINSMORE ESTATE CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of CULVER CONTRACTING CORPORATION for a Prohibition Order against Hon. BURT J. HUMPHREY, a Justice of the Supreme Court of the State of New York.— Motion to resettle final order of prohibition dated June 15, 1934 [*ante,* p. 649], granted as to the first three proposed amendments, and denied as to the fourth proposed amendment. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of PATRICK JOSEPH FITZHENRY, Petitioner, for a Certiorari Order against JOHN DORMAN, Fire Commissioner of the City of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of Proceedings of RICHMOND WEED, as Sole Acting Trustee of the Trusts Created under the Last Will and Testament of S. VERNON MANN, Deceased.— Motion to substitute Brooklyn Trust Company as appellant in the place of Carl G. Smedberg, deceased, and to substitute attorneys granted. Present — Young, Scudder, Tompkins and Davis, JJ.; Lazansky, P. J., not voting.

In the Matter of the Application of SOL ZIPKIN for the Payment of Award for Damage Parcel No. 7, etc., in the Proceeding of the City of New York Relative to Acquiring Title to Hamilton Place from Grand Street to Borden Avenue, etc., Borough of Queens, City of New York. W. ARTHUR CUNNINGHAM, Comptroller of the City of New York, and THE CITY OF NEW YORK, Appellants; SOL ZIPKIN, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

HELEN D. MILLER, Respondent, v. J. HENRY REUTER, JR., Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.